# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11-cv-90-RJC

| | |
|---|---|
| MICHAEL GEDDINGS, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| GLENN M. BULLOCK, ) FNU NANCE, ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's letter dated March 28, 2012, requesting that the Court order service on Defendants by the U.S. Marshal. The Court previously granted Plaintiff's motion to proceed in forma pauperis, but the Court has not directed service of summons by the U.S. Marshal.

The Clerk is directed to mail two summons forms to Plaintiff for Plaintiff to fill out and identify the named defendants in the summonses for service of process, and then return the summonses to the Court. Plaintiff is required to provide the necessary information for the U.S. Marshal to effectuate service. That is, in filling out each summons form, Plaintiff must attempt to identify the name of each Defendant, the position and place of employment for each Defendant, as well as each Defendant's address, to the best of Plaintiff's ability. Once the Court receives the summonses from Plaintiff, the Clerk shall then direct the U.S. Marshal to effectuate service upon the named Defendants.

Signed: March 31, 2012

*[signature]*

Robert J. Conrad, Jr.
Chief United States District Judge