# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Geddings,

       Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                                  3:11cv90

Glenn M. Bullock, et al ,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/23/2012 Order.

                                      Signed: April 23, 2012

                                      Frank G. Johns, Clerk
                                      United States District Court